UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATASHA ANN NICHOLS,

    Movant,

v.

    Case No. 1:16-cv-1247

    HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant's claim is without merit.

Date: June 29, 2017        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge